UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKS, et al., | No. 2:24-cv-00650-DAD-AC |
| Plaintiffs, | |
| v. | ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES AND COSTS |
| FORD MOTOR COMPANY, et al., | |
| Defendants. | (Doc. No. 15) |

On June 27, 2024, following plaintiff's acceptance of defendant's Federal Rule of Civil Procedure 68 offer of judgment, the court directed the Clerk of the Court to enter judgment in favor of plaintiffs and against defendants in the amount of $110,000.00, plus reasonable attorneys' fees and costs. (Doc. No. 10 at 2.)  At the time, the parties were still negotiating attorneys' fees and costs, and they were considering either filing a noticed motion to request that the court determine the attorneys' fees and costs or resolving the attorneys' fees and costs themselves.  (*Id.*)

Subsequently, on August 22, 2024, the parties filed a stipulation, agreeing that to resolve attorneys' fees and costs, defendant Ford Motor Company would pay plaintiffs' counsel $15,000 by no later than November 13, 2024.  (Doc. No. 15 at 2.)

/////

/////

1

Pursuant to the stipulation of the parties and good cause appearing,

1. Defendant Ford Motor Company shall pay plaintiff's counsel $15,000 in attorneys' fees and costs by no later than November 13, 2024; and

2. Within ten (10) days of the payment as ordered, plaintiff shall file dispositional documents in this case.

IT IS SO ORDERED.

Dated: **August 26, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE